IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MILLIGAN,<br><br>         Plaintiff,<br>   v.<br><br>ROCHESTER SHOE TREE COMPANY, INC., a Delaware Corporation, PNC EQUITY PARTNERS, L.P., a Pennsylvania Limited Parternership, et al.,<br><br>         Defendants.<br>                                                              / | No. C 09-1515 SI<br><br>**ORDER DENYING DEFENDANT PNC EQUITY PARTNER'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT** |

On July 31, 2009, the Court heard argument on defendant PNC Equity Partner's ("PNC EP") motion to dismiss for lack of personal jurisdiction, or, in the alternative, for a more definite statement. [Docket No. 11]  Having carefully considered the papers submitted and the factual dispute regarding PNC EP's relationship with defendant Rochester Shoe Tree and plaintiff, the Court DENIES WITHOUT PREJUDICE PNC EP's motion.  PNC EP may renew its jurisdictional argument after the parties have been able to engage in further discovery in order to develop a fuller factual record.

**IT IS SO ORDERED.**

Dated: August 10, 2009

SUSAN ILLSTON
United States District Judge