**34 minutes**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 9/15/09

Case No.   C-09-1515 SI            Judge:   SUSAN ILLSTON

Title: PATRICIA MILLIGAN  -v- ROCHESTER SHOE TREE

Attorneys: M. Shea Hagebols            M. Boomer, D. Broyles (phone)

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **2/12/10    @ 3:00 p.m..** for Further Case Management Conference

Case continued to **9/10/10    @ 9:00 a.m.**   for Motions
(Motion due **8/6/10**, Opposition **8/20/10** Reply **8/27/10**)

Case continued to  **1/11/11 @ 3:30 p.m.**  for Pretrial Conference
(pretrial filings due: 12/14/10, oppositions to motions in-limine due: 12/17/10)

Case continued to **1/18/11  @ 8:30 a.m.**  for Trial (jury:  Days)
Discovery Cutoff: 8/6/10  Designate Experts by: 10/1/10, Rebuttal Experts:10/22/10, Expert Discovery Cutoff: 11/19/10

ORDERED AFTER HEARING:
Initial disclosures shall be produced during the week of September 21, 2009.
The parties indicated that limited discovery shall be taken prior to the mediation session.
The parties shall inform the Court by October 23, 2009, of the ADR process they will proceed with.
The ADR procedure must be completed by the end of January 2010.

CC: ADR