IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MILLIGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ROCHESTER SHOE TREE COMPANY, INC.,<br><br>    Defendant.<br>_____/ | No. C 09-01515 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 12, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 6, 2010.

DESIGNATION OF EXPERTS: October 1, 2010; REBUTTAL: October 22, 2010.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 19, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by August 6, 2010;

    Opp. Due August 20, 2010; Reply Due August 27, 2010;

    and set for hearing no later than September 10, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 11, 2011 at 3:30 PM.
(pretrial filings due: 12/14/10, oppositions to motions in-limine due: 12/17/10)

JURY TRIAL DATE: January 19, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Initial disclosures shall be produced during the week of September 21, 2009.
The parties indicated that limited discovery shall be taken prior to the mediation session.
The parties shall inform the Court by October 23, 2009, of the ADR process they will proceed with.
The ADR procedure must be completed by the end of January 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

                                                                       SUSAN ILLSTON
                                                                       United States District Judge