1  Deborah J. Broyles (SBN 167681)
   Email: dbroyles@reedsmith.com
2  Daniel J. Valim (SBN 233061)
   Email: dvalim@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
5  Facsimile:     +1 415 391 8269

6  Attorneys for PNC Equity Partners, L.P.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | PATRICIA MILLIGAN,                              | No.: C09-01515 BZ
12 |                      Plaintiff,                 | **STIPULATED REQUEST BY ALL PARTIES TO CHANGE SETTLEMENT CONFERENCE DATE AND (PROPOSED) ORDER**
13 |          vs.                                    |
14 | ROCHESTER SHOE TREE COMPANY, INC., a Delaware Corporation, PNC EQUITY PARTNERS, L.P., a Pennsylvania Limited Partnership, et al., | Honorable Bernard Zimmerman
15 |                                                 |
16 |                      Defendants.                |

(REED SMITH LLP — A limited liability partnership formed in the State of Delaware)

   The parties to this action respectfully request a rescheduling of the settlement conference set for January 5, 2010 at 9:00 a.m., to February 11, 2010 at 9:00 a.m..  The reason for this request is that the parties wish to complete the defendants' production of documents in response to plaintiff's document requests before the settlement conference.  The parties believe the documents to be produced may be essential to the successful resolution of this matter at the settlement conference.  If the settlement conference is held on January 5th the parties may not have enough time to produce the documents, review the documents and settle any disputes over the breadth and substance of the document production. Therefore, the parties conferred with this Court's clerk and received the Court's available dates for a later settlement conference.  The parties have chosen February 11th as it

No.: C09-01515 SI/BZ                     – 1 –
STIPULATED REQUEST BY ALL PARTIES TO CHANGE SETTLEMENT CONFERENCE DATE AND (PROPOSED) ORDER

is the Court's closest available date that accommodates the schedules of all parties and their counsel. The parties and their counsel are also available on February 12, 2010, if the Court so prefers that date.

Respectfully requested by all parties:

Dated: December 18, 2009             REED SMITH

                                     By:   /s/ Daniel J. Valim_____
                                           Deborah J. Broyles
                                           Daniel J. Valim
                                           Attorneys for Defendant PNC Equity Partners L.P.

Dated: December 18, 2009             SHEA LAW OFFICES
                                     LAW OFFICES OF ROGER P. ROZEK

                                     By:   /s/ Mary Shea Hagebols_____

                                           Mary Shea Hagebols
                                           Roger P. Rozek

                                           Attorneys for Plaintiff Patricia Milligan

Dated: December 18, 2009             JACKSON LEWIS

                                     By:   /s/ Mitchell F. Boomer_____
                                           Mitchell F. Boomer
                                           S. Christine Young
                                           Attorneys for Defendant ROCHESTER SHOE TREE COMPANY, INC.

No.: C09-01515 SI/BZ                 – 2 –
STIPULATED REQUEST BY ALL PARTIES TO CHANGE SETTLEMENT CONFERENCE DATE AND
(PROPOSED) ORDER

## ~~(PROPOSED)~~ ORDER

The Court has considered the stipulated request of all parties to reschedule the settlement conference in this matter from January 5, 2010 at 9:00 a.m. to February 11, 2010 at 9:00 a.m.. The Court grants the parties' request and hereby removes the January 5, 2010 settlement conference from the calendar and sets a new settlement conference date of February 11, 2010. The Court's scheduling order issued for the January 5 conference is still in effect, only the date of the conference is changed to February 11, 2010. Furthermore, the Court's order granting PNC EP LP's excuse from personal appearance of a party representative is also still in effect for the February 11, 2010 settlement conference.

IT IS SO ORDERED.

DATED: Dec. 22, 2009.

_____
Honorable Bernard Zimmerman
Magistrate Judge

US_ACTIVE-102870942.1