IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA MILLIGAN,  No. C 09-01515 SI

        Plaintiff,  **AMENDED PRETRIAL PREPARATION ORDER**

  v.

ROCHESTER SHOE TREE COMPANY, INC.,

        Defendant.
                                            /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 2, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 12, 2010.

DESIGNATION OF EXPERTS: 2/11/11; REBUTTAL: 2/22/11
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 18, 2011

DISPOSITIVE MOTIONS **SHALL** be filed by November 12, 2010;

   Opp. Due November 26, 2010; Reply Due December 3, 2010;

   and set for hearing no later than December 17, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 5, 2011 at 3:30 PM.

JURY TRIAL DATE: April 18, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                         SUSAN ILLSTON
                                         United States District Judge